UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MEL M. BISHOP, ET AL

VERSUS

MAY AND YOUNG HOTEL,
L.L.C., ET AL

CIVIL ACTION

NO. 10-124-BAJ-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated September 30, 2010, to which the plaintiff has filed an objection, and the Supplemental Report and Recommendation (doc. 30), to which no objection has been filed.

The court hereby approves the report and recommendation and the supplemental report and recommendation of the magistrate judge and adopts them as the court's opinion herein.

Accordingly, the motion to remand (doc. 8), filed by plaintiffs' Mel M. Bishop and Helen J. Thacker is **DENIED**.

Baton Rouge, Louisiana, November 24, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA